UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LOPEZ, </br>        Plaintiff, </br>   v. </br>MICHAEL J. ASTRUE, Commissioner of Social Security, </br>        Defendant. | Case No. CV 12-3036 JC </br></br> JUDGMENT |

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed in part and the matter is remanded for further administrative action consistent with the Memorandum Opinion and Order of Remand filed concurrently herewith.

DATED: August 28, 2012

                                                  /s/ </br>
                                  Honorable Jacqueline Chooljian </br>
                                  UNITED STATES MAGISTRATE JUDGE